UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SONYA LANDRUM,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>- against -<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>Defendant. | **Civil Action No. 1:10-cv-03944-JEI-JS** |

## NOTICE OF PENDING SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Pending Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

September 24, 2010                           Respectfully submitted,


/s/ Brent F. Vullings                         /s/ Aaron R. Easley
Brent F. Vullings                              Aaron R. Easley
Warren & Vullings, LLP                         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1603 Rhawn Street                              200 Route 31 North, Suite 203
Philadelphia, PA 19111                         Flemington, NJ 08822
Tel.: (215) 745-9800                           Telephone No.: (908) 751-5940
Fax.: (215) 745-7880                           Facsimile No.: (908) 751-5944
brent@warrenvullingslaw.com                    aeasley@sessions-law.biz
Attorney for Plaintiff                         Attorneys for Defendant
                                               Phillips & Cohen Associates, Ltd.

## CERTIFICATE OF SERVICE

I certify that on this 24th day of September, 2010, a copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Brent F. Vullings, Esq.
>Warren & Vullings, LLP
>1603 Rhawn Street
>Philadelphia, PA 19111
>Tel.: (215) 745-9800
>Fax.: (215) 745-7880
>brent@warrenvullingslaw.com
>Attorney for Plaintiff

>/s/ Aaron R. Easley
>Aaron R. Easley, Esq.
>Attorney for Defendant
>Phillips & Cohen Associates, Ltd.

\\sfnfs02\prolawdocs\8985\8985-26361\Landrum, Sonya\242104.doc