## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SONYA LANDRUM** | ) |
|  | )    **Case Number: 1:10-cv-03944** |
|  | ) |
| **Plaintiff** | ) |
|  | ) |
| vs. | ) |
|  | ) |
|  | ) |
| **PHILLIPS & COHEN ASSOCIATES, LTD.** | ) |
|  | ) |
| **Defendant** | ) |
|  | ) |

## STIPULATION OF DISMISSAL

AND NOW, this 20th day of October, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

                Warren & Vullings, LLP

BY: __/s/ *Bruce K. Warren*
       Bruce K. Warren, Esquire
       Attorney for Plaintiff


                Sessions, Fishman, Nathan & Israel, L.L.C.

BY: _/s/ *Aaron R. Easley*
       Aaron R. Easley, Esquire
       Attorney for Defendant